IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MANUEL DAVID HERNANDEZ, : Civil No. 3:16-cv-513
    Petitioner :
 : (Judge Mariani)
v. :
 :
WARDEN ODDO, :
    Respondent :

### ORDER

**AND NOW**, this 25th day of May, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the District of Arizona.

2. The Clerk of Court is further directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge